IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>    Respondents. | Civil Action No. 1:25-cv-02513-LKG<br><br>Dated: September 24, 2025 |

### ORDER

On July 31, 2025, the Petitioner, Mauricio Alexander Orellana Quintanilla, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On August 15, 2025, the Respondents filed a response in opposition to the petition and a motion to dismiss. ECF No. 7. On August 22, 2025, the Petitioner filed a response in opposition to the Respondents' motion to dismiss and a reply brief. ECF No. 8. The Court will hold a hearing on the Petitioner's petition for a writ of habeas corpus and the Respondents' motion to dismiss on September 30, 2025. *See* ECF No. 10.

In light of the foregoing, the Court **DIRECTS** the parties to be prepared to address the following issues during their oral arguments:

a) Whether the Court lacks subject-matter jurisdiction over the Petitioner's claims, pursuant to 8 U.S.C. §§ 1252(b)(9) and 1231(a)(5).

b) Whether the Respondents' re-detention of the Petitioner complies with 8 C.F.R §§ 241.4(l) and 241.13, including: (1) whether the Petitioner's Order of Supervision has been revoked by the proper official and (2) whether the Petitioner has been provided with an initial informal interview.

c) Whether the six-month presumptively reasonable period established in *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001) applies to this case, given that the Petitioner was previously detained from December 26, 2017, until January 10, 2019, and again, from July 31, 2025, until the present.

d) Whether there is a good reason to believe that there is no significant likelihood that the Petitioner will be removed from the United States in the reasonably foreseeable future, including: (1) whether the Respondents have designated a country of removal and (2) what steps, if any, the Respondents have taken to date to effectuate removal.

To the extent necessary, the Respondents shall provide a witness who is knowledgeable about this matter to provide the answers to the aforementioned questions.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge