IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　Respondents. | Civil Action No. 1:25-cv-02513-LKG<br><br>Dated: September 26, 2025 |

## ORDER

On September 25, 2025, the Petitioner filed a motion for a temporary restraining order. ECF No. 12.  On September 26, 2025, the Court held a status conference regarding the Petitioner's motion.  ECF No. 14.

For the reasons stated during the hearing, and in consultation with the parties, the Court:

(1) **DENIES-as-MOOT** the Petitioner's motion for temporary restraining order (ECF No. 12);

(2) **CANCELS** the hearing currently scheduled for **September 30, 2025** (ECF No. 10);

(3) **DIRECTS** the parties to file a joint status report on or before **October 3, 2025**, proposing a schedule for the briefing of: (1) the filing any supplemental petition and (2) the briefing of the Petitioner's motion for preliminary injunction.

The Court will hold a hearing for the Petitioner's motion for preliminary injunction on **October 31, 2025**, **at 11:00 a.m.**, in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Ln Greenbelt, MD  20770.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Lydia Kay Griggsby
　　　　　　　　　　　　　　　　　　　　　　　　LYDIA KAY GRIGGSBY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge