# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Respondents. | Civil Action No. 1:25-cv-02513-LKG<br><br>Dated: December 18, 2025 |

## ORDER

On November 10, 2025, the Plaintiff filed a motion for leave to file a "Second Amended and Supplemental Complaint." ECF No. 24. The motion is fully briefed. ECF Nos. 24, 27 and 30. On December 18, 2025, the Court held a hearing on the motion. ECF No. 32.

For the reasons stated during the hearing, the Court **GRANTS** the Plaintiff's motion for leave to file a "Second Amended and Supplemental Complaint" (ECF No. 24).

The second amended complaint shall be deemed **FILED** as of the date of this Order.

In light of the foregoing, the Court **DIRECTS** the parties to **MEET and CONFER** and to **FILE** a joint status report, on or before **December 22, 2025**, proposing a schedule for the briefing any motions the parties seek to file in this matter.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge