**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA, )<br><br>Plaintiff, )<br><br>v. )<br><br>MARKWAYNE MULLIN, *et al.*, )<br><br>Defendants. ) | Civil Action No. 25-cv-02513-LKG<br><br>Dated: May 19, 2026 |

**ORDER ON PLAINTIFF'S RENEWED
MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, and for the reasons stated during the May 19, 2026, hearing on the Plaintiff's renewed motion for a preliminary injunction (ECF No. 37) and the Defendants' motion to dismiss (ECF No. 38), the Court:

(1) **DENIES** the Defendants' motion to dismiss (ECF No. 38);

(2) **GRANTS-in-PART** the Plaintiff's renewed motion for a preliminary injunction (ECF No. 37);

(3) **ORDERS** that:

(a) The Defendants shall **FACILITATE** the Plaintiff's return to the United States;

(b) The Defendants shall **PROVIDE** the Plaintiff with a reasonable fear interview within **10 days** of the date that the Plaintiff enters the United States, in compliance with 8 C.F.R. §§ 208.31 and 1208.31, including, but not limited to, 8 C.F.R. §§ 208.31(g) and 1208.31(g);

(c) The Defendants are **ENJOINED** from removing the Plaintiff from the United States while he awaits a reasonable fear interview;

(d)    The Defendants shall **FILE** a status report no later than **10 days** from the date of this Order, and every **10 days** thereafter, until the Plaintiff is returned to the United States, stating: (a) what actions have been taken to facilitate the Plaintiff's return to the United States and (b) what additional steps, if any, the Defendants will take, and when the Defendants will do so, to facilitate the Plaintiff's return to the United States;

(e)    The Defendants shall **ACCOMPANY** all status reports with a declaration made by a person with personal knowledge of the matters addressed therein, that binds the Defendants under penalty of perjury and attests to the contents of the status report, including to the authenticity, accuracy and completeness of any exhibits thereto;

(f)    The Defendants shall **FILE** a motion to seal any portions of their status report that they seek to file under seal in accordance with Local Rule 105.11.; and

(g)    The parties shall **FILE** a joint status report upon the completion of the regulatory process under 8 C.F.R. §§ 208.31 and 1208.31.

The Court shall **RETAIN** jurisdiction over this matter.

A separate memorandum opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2