**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | ) | Civil Action No. 25-cv-02513-LKG<br><br>Dated: August 10, 2026 |

# SCHEDULING ORDER

On May 19, 2026, the Court ordered the Respondents to, among other things, provide the Petitioner with a reasonable fear interview within 10 days of his entry into the United States and enjoined the Respondents from removing the Petitioner while he awaits that interview. ECF No. 48 at ¶ 3(b)–(c). On August 6, 2026, the Petitioner filed a notice of violation of the court's May 19, 2026, order and request for a finding of civil contempt. ECF No. 57.

In light of the foregoing, the hearing on the Petitioner's notice of violation of the court's May 19, 2026, order and request for a finding of civil contempt shall be on **August 11, 2026, at 1:30 p.m., in Courtroom 4B of the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge