**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | ) | Civil Action No. 25-cv-02513-LKG<br><br>Dated: August 11, 2026 |

**ORDER**

On May 19, 2026, the Court, among other things: (1) ordered the Defendants to provide the Plaintiff with a reasonable fear interview within 10 days of his entry into the United States and (2) enjoined the Defendants from removing the Plaintiff from the United States while he awaits a reasonable fear interview. ECF No. 48 at ¶ 3(b)–(c). On August 6, 2026, the Plaintiff filed a notice of violation of the Court's May 19, 2026, Order and a request for a finding of civil contempt. ECF No. 57. On August 10, 2026, the Defendants filed a response to the notice. ECF No. 60. On August 11, 2026, the Court held a hearing on the matter. ECF No. 62

For the reasons stated during the August 11, 2026, hearing, the Court **ORDERS** that:

(1) The Defendants, and specifically the United States Citizenship and Immigration Services, shall **PROVIDE** the Plaintiff with a reasonable fear interview in compliance with 8 C.F.R. §§ 208.31 and 1208.31, including, but not limited to, 8 C.F.R. §§ 208.31(g) and 1208.31(g), **on or before August 18, 2026**;

(2) The Defendants shall provide Counsel for the Plaintiff with 1 business day of advanced notice of the Plaintiff's reasonable fear interview; and

(3) The parties shall **FILE** a joint status report, regarding the status of the Plaintiff's reasonable fear interview **on or before August 19, 2026**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge