**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>Defendants. | ) | Civil Action No. 25-cv-02513-LKG<br><br>Dated: August 24, 2026 |

**ORDER**

On August 11, 2026, the Court ordered the Defendants to provide the Plaintiff with a reasonable fear interview on or before August 18, 2026. ECF No. 64. On August 19, 2026, the parties filed a joint status report and stated, among other things, that: (1) on August 14, 2026, the Plaintiff had a reasonable fear interview; (2) the USCIS served a negative reasonable fear determination; (3) the Plaintiff requested an immigration judge review of the determination; and (4) the Plaintiff has a hearing regarding the negative reasonable fear determination on August 21, 2026. ECF No. 65.

In light of the foregoing, the Court **DIRECTS** the parties to file a joint status report **on or before August 26, 2026**, advising the Court on the outcome of the immigration hearing and, if appropriate, file a notice of dismissal.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge