**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MAURICIO ALEXANDER ORELLANA QUINTANILLA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 25-cv-02513-LKG<br><br>Dated: August 27, 2026 |

## SCHEDULING ORDER

On August 26, 2026, the parties filed a joint status report stating, among other things, that: (1) the Immigration Judge conducted a reasonable fear review and placed the Plaintiff in withholding proceedings as to Mexico; (2) the Immigration Court has not scheduled the Plaintiff's withholding proceedings; and (3) the Plaintiff wishes to file a motion to convert this Court's preliminary injunction into a permanent injunction. ECF No. 67.

In light of the foregoing, the Court **DIRECTS** the parties to adhere to the following briefing schedule for the briefing of the Plaintiff's motion to convert this Court's preliminary injunction into a permanent injunction:

| | |
|---|---|
| The Plaintiff's motion to convert this Court's preliminary injunction into a permanent injunction | **September 10, 2026** |
| The Defendant's response in opposition | **September 24, 2026** |
| The Plaintiff's reply brief | **October 1, 2026** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge